# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR 19-00215-CJC-1 |
| Date | December 10, 2019 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Gabriela Garcia | Debbie Hino-Spaan | Eli Alcaraz |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Efrain Pena, Jr. | X | | X | Julia Deixler, DFPD | X | X | |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the **Indictment.**   The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to Count 2 **of the Indictment.**

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.   The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **March 30, 2020 at 11:00 a.m.** for sentencing.

X   **The Court further ORDERS position paper with respect to sentencing shall be filed not later than two (2) weeks prior to sentencing.**

X   Other: The Court vacates the pretrial conference date of February 4, 2020 and the trial date of February 11, 2020 **as to this defendant only.   Defendant remains on bond under same terms and conditions.**

|   |   |
|---|---|
|   | 00 : 38 |
| Initials of Deputy Clerk | gga |

**cc: USPO**